

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00843-CV

David V. **MARTINEZ**,
Appellant

v.

Clarissa Ann **RODRIGUEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-EM-505713
Honorable Olin B. Strauss, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  May 7, 2014

DISMISSED FOR LACK OF PROSECUTION

Appellant's brief was originally due on March 3, 2014.  On March 17, 2014, this court notified appellant, who is pro se, that the brief was late and stated he must, within ten days, provide a reasonable explanation for failing to timely file the brief.  Appellant did not respond. Accordingly, on April 7, 2014, this court ordered appellant to show cause in writing, no later than April 18, 2014, why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).  Our order cautioned appellant that if he did not respond by April 18, 2014, this appeal

would be dismissed for lack of prosecution. *Id.* Appellant has not responded; therefore, this appeal is dismissed for lack of prosecution.

PER CURIAM